Name: MaritZA Miranda

Address: 1438 Cornwell ST

Los Angeles, CA, 90033

Phone: 213-577-9668

Fax:; Email: mirandamaritza535@

In Pro Per

FILED

2025 JUN -6 PM 4: 03

CLERK U.S. ........ .URT
CENTRAL DIST. OF ..... IF
LOS ANGELES

BY: ___

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Maritza Miranda

Edwige Miranda Mondesir E.T.A.L

Edwige Mondesir          Plaintiff

v.

The People of Ventura

Todd Rd, jail Facility

E.T.A.L          Defendant(s).

CASE NUMBER:

2:25-cv-05179-HDV-JC

Notice For Removal
Due To Systemic bias,
Discrimination, and, Suppression of
evidence

( Enter document title in the space provided above)

Suppression of evidence, and Due Process violations I have attached 4 Pages of my Motion Letter and Proof of Change, Of Location I reside in Los Angeles County.

4 pages attached in the Back. →

No due Process was Followed. And with the evidence me and my family have Proves all of these Charges and Cases Void. This is injustice.     Signature: Edwige Miranda Mondesir

Signature: Edwige Mondesir, Signature: Maritza Miranda

*Page Number*

Edwige Miranda Mondesir
1139 Cornwell ST
-os Angeles, California, 90035
Phone: 213-577-9668
mail: Mondesiredwige739@gmail.com.
Date: 03/22/25

Reasons For Change
of
Venue

---

Dear Honorable Clerk of the Court,

I, Edwige Miranda Mondesir, am filing this motion for Change of Venue due to extreme bias, misconduct, and continuous violations of my Constitutional rights, as well my Parents, Edwige Mondesir and Maritza Miranda. The following outlines the injustices we have faced and supports my request for immediate relief.

1. Threats Against My Life and Law Enforcement Retaliation

• This case originates from an incident at MoorPark High School, where a student Brought a fire-arm onto campus told Two witnesses, gio leon, gio tamayo he inteded to take my life with it.

• For two months, he repeatedly sent death threats, asking for my Home address and explicitly stating he would kill me and my family. He even Threaten to have me and my family arrested, and claimed to get away with it because law Enforcement is involved in his family. When I defend myself against this armed Perpetrator, instead of Protecting me, MoorPark Sheriffs Retaliated against my family and me.

2. [Retaliation Against My family and law Enforcement Corruption]

• MY Father reported these threats to a FBI Agent, following proper Legal Process.

• Instead of investigating the threats, MoorPark Sheriffs arrested my Father in retaliation for making the report. nov2023-

• For the Past two years, from nov 15, 17, 22, 28, to 03/22/25 Perpetrators and law Enforcement has harassed, harassed my family, violated our rights, and worked to silence us wasting Court Resources.

• This ongoing financial strain is an undue Hardship that makes it impossible for me to effectively participate in our own defense.

Legal Basis for Change of Venue: A Change of venue warranted under Constitutional due process protections and federal law, which allow for relocation when the current venue is biased or has a conflict of intrest that prevents a fair trial.

Given these factors, I respectfully request that this case be transferred to a neutral jurisdiction closer to Los Angeles County, where I can receive a fair hearing along my mom and dad who are not being treated to A fair trial.

I have copies they stolen on sep 18, 2024. For the overwhelming evidence of misconduct, bias, and due process violations, and I respectfully ask the court to: 1. Grant a change of venue to a jurisdiction that ensures fairness, justice, Liberty and virtue.

2. Investigate the misconduct in ventura county, including the suppression of evidence and Legal retaliation.

3. Ensure that I am given a fair trial along my parents for the opportunity to present our evidence without unlawful interference.

declare under penalty of perjury that the above statements are true and accurate to the best of my knowledge. I have documentary evidence, recordings, and officials records that support my claims and me and my family are prepared to present them upon request.

Edwige Miranda Mondesir | Case #2024025664 (F) A
signature:

*They are preventing us from seeking justice.

---

3. Lawsuits and Legal Sabotage

• MY Parents filed lawsuits against MoorPark High School, Ventura County, and The Sheriff's department for violating our rights. In response, authorities have engaged in harassment, intimidation, and obstruction of justice, attempting to stop us from contesting the case before the statute of limitations expires.

• The Public defenders office has concealed and tampered with crucial evidence, Along The District Attorneys office fabricating and submitting fraud Dockets to the courthouse Defrauding the courthouse, violating 115pc - Filing false Documents, Me and my Family submissions and Emails are ignored, Preventing us from fairly defending ourselves.

Reasons For Change of Venue: The current venue in Ventura county is unjust, degrad the Law, and Prevents a fair trial for these following reasons:

1. Biased and Retaliatory Law Enforcement and Court officials

• Local law enforcement and court Personnel have demonstrated Clear bias and misconduct against me and my family.

• Their repeated harassment, wrongful arrests, and suppression of Evidence make it impossible MY family and I to receive a fair and impartial hearing in this County of ventura. The same officials who have retaliated against us are deeply involved in this case, creating a conflict of intrest that undermines the integrity of the Proceedings.

P-9(3)

PT

2. Denial of Due Process and Suppression of Evidence

- The Court in Ventura County has routinely ignored when those who work in a court house are court-mandated meaning thier allowed to report misconduct, Suppressed Truth, and tampered with Crucial evidence that supports this fraudulent case.

- The Public Defenders, C.D.A's, Judges are refusing to submit Key evidence, directly interfering with my right to a fair trial along my Parents.

- The Pattern of continuances and Procedural delays force us to exhaust our resources while denying me and my Family Justice.

3. Extreme Travel Burden and Financial Hardship

- My Family and I live in Los Angeles County, and attending court in Ventura County requires a Five-hour journey each way due to a lack of transportation.

- I must wake up at 4:30 Am, take multiple buses and train and spend four to five hours traveling one way just to reach the Courthouse.

- The Financial Burden of these repeated trips is excessive, especially given the courts refusal to submit my Crucial evidence and the continuances that force me to keep Paying for travel and accommodations

Edwige Mondesir

Case #2024022236
Case #2023031435
Case #2024025664

FABRICATED
Case #

P.g

Maritza Miranda

Case #2024022236
Case #2024025664

Edwige Miranda Mondesir

Case #2024025664

Please investigate Asap!

thank you for ticking your time to read to
for me and my family are very much grateful.